IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MAX RACK, INC., | : |
| | : Case No. 2:16-cv-01015 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Vascura |
| CORE HEALTH & FITNESS, LLC, | : |
| | : |
| | : |
| Defendant. | : |

## GENERAL VERDICT FORM

### Trademark Infringement

On Plaintiff Max Rack, Inc.'s claim for Trademark Infringement, we find (check one):

___✓___ In favor of Plaintiff Max Rack, Inc. and against Defendant Core Health & Fitness, LLC.

_____ In favor of Defendant Core Health & Fitness, LLC and against Plaintiff Max Rack, Inc.

### Unfair Competition

On Plaintiff Max Rack, Inc.'s claim for Unfair Competition, we find (check one):

___✓___ In favor of Plaintiff Max Rack, Inc. and against Defendant Core Health & Fitness, LLC.

_____ In favor of Defendant Core Health & Fitness, LLC and against Plaintiff Max Rack, Inc.

43

## Ohio Deceptive Trade Practices

On Plaintiff Max Rack, Inc.'s claims under the Ohio Deceptive Trade Practices Act, we find (check one):

__✓__ In favor of Plaintiff Max Rack, Inc. and against Defendant Core Health & Fitness, LLC.

_____ In favor of Defendant Core Health & Fitness, LLC and against Plaintiff Max Rack, Inc.

## Damages

If you have found in Plaintiff's favor on any claim, what amount of compensatory damages, if any, do you award? Enter dollar amount here: $1,000,000

If you have found in Plaintiff's favor on any claim, what amount of Defendant Core Health & Fitness, LLC's profits, if any, do you award to Plaintiff? Enter dollar amount here: $250,000.

## Intentional Infringement

If you have found in Plaintiff's favor on any claim, do you find that Defendant Core Health & Fitness, LLC's infringement was intentional? Enter "Yes" or "No": Yes.

44

Signatures:

2

Signed 12/12/19

45

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MAX RACK, INC., | : |
|       **Plaintiff,** | : Case No. 2:16-cv-01015 |
| v. | : JUDGE ALGENON L. MARBLEY |
| STAR TRAC STRENGTH, INC., | : Magistrate Judge Vascura |
|       **Defendant.** | : |

## GENERAL VERDICT FORM

### Trademark Infringement

On Plaintiff Max Rack, Inc.'s claim for Trademark Infringement, we find (check one):

__✓__ In favor of Plaintiff Max Rack, Inc. and against Defendant Star Trac Strength Inc.

_____ In favor of Defendant Star Trac Strength, Inc. and against Plaintiff Max Rack, Inc.

### Unfair Competition

On Plaintiff Max Rack, Inc.'s claim for Unfair Competition, we find (check one):

__✓__ In favor of Plaintiff Max Rack, Inc. and against Defendant Star Trac Strength, Inc.

_____ In favor of Defendant Star Trac Strength, Inc. and against Plaintiff Max Rack, Inc.

## Ohio Deceptive Trade Practices

On Plaintiff Max Rack, Inc.'s claims under the Ohio Deceptive Trade Practices Act, we find (check one):

__✓__ In favor of Plaintiff Max Rack, Inc. and against Defendant Star Trac Strength, Inc.

_____ In favor of Defendant Star Trac Strength, Inc. and against Plaintiff Max Rack, Inc.

## Damages

If you have found in Plaintiff's favor on any claim, what amount of compensatory damages, if any, do you award? Enter dollar amount here: $0 .

If you have found in Plaintiff's favor on any claim, what amount of Defendant Star Trac Strength, Inc.'s profits, if any, do you award to Plaintiff? Enter dollar amount here: $0 .

## Intentional Infringement

If you have found in Plaintiff's favor on any claim, do you find that Defendant Star Trac Strength Inc.'s infringement was intentional? Enter "Yes" or "No": yes .

Signatures: _____  _/_/____ _/__/_____

*Signed 12/12/19*

48

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MAX RACK, INC., : | |
| : | Case No. 2:16-cv-01015 |
| Plaintiff, : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Vascura |
| KEVIN CORBALIS, : | |
| : | |
| : | |
| Defendant. : | |

## **GENERAL VERDICT FORM**

### **Trademark Infringement**

On Plaintiff Max Rack, Inc.'s claim for Trademark Infringement, we find (check one):

_____ In favor of Plaintiff Max Rack, Inc. and against Defendant Kevin Corbalis.

\_\_✓\_\_ In favor of Defendant Kevin Corbalis and against Plaintiff Max Rack, Inc.

### **Unfair Competition**

On Plaintiff Max Rack, Inc.'s claim for Unfair Competition, we find (check one):

_____ In favor of Plaintiff Max Rack, Inc. and against Defendant Kevin Corbalis.

\_\_✓\_\_ In favor of Defendant Kevin Corbalis and against Plaintiff Max Rack, Inc.

49

### Ohio Deceptive Trade Practices

On Plaintiff Max Rack, Inc.'s claims under the Ohio Deceptive Trade Practices Act, we find (check one):

_____ In favor of Plaintiff Max Rack, Inc. and against Defendant Kevin Corbalis.

\_\_✓\_\_ In favor of Defendant Kevin Corbalis and against Plaintiff Max Rack, Inc.

### Damages

If you have found in Plaintiff's favor on any claim, what amount of compensatory damages, if any, do you award? Enter dollar amount here: $0 .

If you have found in Plaintiff's favor on any claim, what amount of Defendant Kevin Corbalis' profits, if any, do you award to Plaintiff? Enter dollar amount here: $0 .

### Intentional Infringement

If you have found in Plaintiff's favor on any claim, do you find that Defendant Kevin Corbalis' infringement was intentional? Enter "Yes" or "No": NO .

Signatures:

[signatures]

50

Signed on the 12TH day of December