IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MAX RACK, INC.,** : | |
| : | Case No. 2:16-cv-01015 |
| **Plaintiff,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Vascura |
| **CORE HEALTH & FITNESS, LLC, et al.,** : | |
| : | |
| : | |
| **Defendants.** : | |

## ORDER

This matter is before the Court on Defendant Core Health & Fitness, LLC's Motion for a Stay of Execution Pending Appeal and Approval of Supersedeas Bond. Doc. 122. Federal Rule of Civil Procedure 62(b) provides that, "[a]t any time after judgment is entered, a party may obtain a stay by providing a bond or other security." The stay then "takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security." Fed. R. Civ. P. 62(b); *see Arban v. West. Publ'g Corp.*, 345 F.3d 390, 409 (6th Cir. 2003) ("Rule 62[] entitles a party who files a satisfactory supersedeas bond to a stay of money judgment as a matter of right.").

Here, Defendant has posted a bond of $881,808.32 -- representing the full amount awarded to Plaintiff Max Rack, Inc. in the Final Judgment. Finding this supersedeas bond satisfactory, the Court **GRANTS** Defendant's Motion [#122]. The execution of judgment is hereby **STAYED** pending appeal.

**IT IS SO ORDERED.**

/s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: August 24, 2020**