IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MAX RACK, INC., | : |
| Plaintiff, | : Case No. 2:16-cv-01015 |
| v. | : Chief Judge Algenon L. Marbley |
| CORE HEALTH & FITNESS, LLC, *et al.*, | : Magistrate Chelsey M. Vascura |
| Defendants. | : |

## ORDER

In December 2019, this Court held a jury trial in the above-captioned case. The jury ruled for Plaintiff Max Rack, Inc. on all counts. On appeal, the Court of Appeals affirmed in part, reversed in part, and remanded. (ECF No. 136). Accordingly, on November 1, 2022, this Court entered an Order of final judgment in accordance with the Court of Appeals' Order. (ECF Nos. 137, 138).

On October 5, 2023, Plaintiff filed a Motion to Clarify this Court's November 1, 2022, Order. (ECF No. 42). Defendant has yet to respond to Plaintiff's Motion. (*See* Docket, Case No. 2:16-cv-01015). Defendant is hereby **ORDERED** to respond to Plaintiff's Motion to Clarify within **ten days** of this Order.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** November 28, 2023